# REPORT FOLLOWING
## VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:24-cv-00635 | City of East Lansing v. Alternative Service | 01/23/2025 |

**PARTIES**  Attendees

| Name | On Behalf Of |
|---|---|
| Robert Bellamen | Plaintiff City of East Lansing |
| Gabriella Johnson | Defendant Davies |
| Alice Wells | Defendant Davies |
| Louise Mallory | Defendant Lloyd's |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Anthony Chubb | Plaintiff City of East Lansing |
| Christopher Messing | Plaintiff City of East Lansing |
| Christopher McMahon | Defendant Davies |
| Trevor Peck | Defendant Lloyd's |
|  |  |
|  |  |
|  |  |
|  |  |

Result:   ✔  **Conditioned upon East Lansing City Council Approval
Case settled in full - Final paperwork will be filed by:
☐ Mediation continuing - Date of Next Session
☐ Not settled - Mediation Completed

Dated: January 27, 2025        /s/ Timothy F. Sheridan
                                  Timothy F. Sheridan
                                  Mediator