UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EAST LANSING, CITY OF,

        Plaintiff,                        Case No. 1:24−cv−00635−HYJ−SJB

v.                                    Hon. Hala Y. Jarbou

ALTERNATIVE SERVICE CONCEPTS,
LLC, et al.,

        Defendants.
_____/

## ORDER

      The Court having been advised of the parties' agreement to settle this matter, by way of a report of facilitative mediation (ECF No. 20), filed on January 27, 2025, **IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by Chief United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **February 20, 2025**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed without prejudice and without costs, pursuant to W.D. Mich. LCivR 41.1.

      IT IS SO ORDERED.

Dated: January 31, 2025                      /s/ Hala Y. Jarbou
                                                     HALA Y. JARBOU