# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CITY OF EAST LANSING, a Michigan
municipal corporation,

    Plaintiff,

v.

ALTERNATIVE SERVICE CONCEPTS, LLC,
d/b/a DAVIES CLAIMS SOLUTIONS, a Delaware
corporation, and LLOYD'S UNDERWRITERS AT
LONDON, a foreign corporation,

    Defendants.

Case No. 1:24-cv-00635

Hon. Hala Y. Jarbou

---

## STIPULATED ORDER FOR DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

U.S. District Court Judge

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that a resolution having been reached, the parties having stipulated to the dismissal of the above-referenced cause of action with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises; and

IT IS HEREBY FURTHER ORDERED that the above-entitled cause of action is dismissed in its entirety with prejudice and without costs, interest or attorney fees.

THIS ORDER RESOLVES ALL PENDING CLAIMS AND CLOSES THE CASE.

The Court adopts the stipulation and it is so Ordered.

Dated: February 26, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF U.S. DISTRICT COURT JUDGE

*I hereby stipulate to entry of the above Order and waive notice of entry of same.*

GIARMARCO, MULLINS & HORTON, P.C.

/s/ Anthony K. Chubb
ANTHONY K. CHUBB (P72608)
Attorneys for Plaintiff

SULLIVAN, WARD, PATTON, GLEESON
 & FELTY, P.C.

/s/Christopher B. McMahon (with consent 2-26-25)
CHRISTOPHER B. MCMAHON (P52468)
Attorneys for Alternative Service Concepts, LLC,
d/b/a Davies Claims Solutions

WOOD, SMITH, HENNING & BERMAN LLP

/s/Michael D. Spinazzola (with consent 2-26-25)
MICHAEL D. SPINAZZOLA (P86737)
Attorneys for Defendant Certain Underwriters at
Lloyd's, London